**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff/Petitioner*,<br><br>v.<br><br>DAVID THOMPSON LAURANCE,<br><br>*Defendant/Respondent*. | Case No.: 8:22-mc-00016<br><br>**ORDER TO SHOW CAUSE** |

  Upon the Application of the Securities and Exchange Commission (the "Commission") for an order pursuant to Section 20(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(c) and Section 21(e) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(e)(1), enforcing compliance by Respondent David Thompson Laurance with a final Commission order entered against Respondent on August 14, 2018 ordering Respondent to pay a civil money penalty of $30,000, with additional interest pursuant to 31 U.S.C. § 3717, and injunctive relief, and the Declaration of Carol E. Schultze, and it appearing that an Order to Show Cause should issue, it is hereby:

  ORDERED, that the above-captioned Respondent, David Thompson Laurance, shall appear before this Court in Courtroom 10A of the

1

Courthouse located at 411 West Fourth Street, Santa Ana, CA, 92701-4516 on November 14, 2022 at 8:30 a.m. and show cause why the final Commission order requiring Respondent to pay a civil money penalty of $30,000 with additional interest pursuant to 31 U.S.C. § 3717, and injunctive relief should not be granted.

ORDERED that Respondent shall be served pursuant to Rule 4 of the Federal Rules of Civil Procedure.

FURTHER ORDERED, that Respondent shall serve and file any opposing papers by 5:00 p.m. on October 28, 2022.  Service shall be made by (1) delivering the papers by that date to Carol Schultze, at 100 F Street, Mail Stop 5628, Washington, DC 20549-5628 or via e-mail at schultzec@sec.gov or (2) the CM/ECF system of this Court.

FURTHER ORDERED, that if Respondent fails to file opposing papers and/or appear at the scheduled hearing, the Court may find Respondent in default and enter an appropriate order against such party at such time without further notice being given.

FURTHER ORDERED, that if Respondent serves and files any opposing papers, the Commission may serve and file reply papers by 5:00 p.m. on November 4, 2022.  Service shall be made by delivering the papers by that date to Respondent at the address they designate in their opposition papers or, if they designate an e-mail address, via e-mail to that address, or the CM/ECF system of this Court.

**SO ORDERED.**

Dated: **October 6, 2022**

_/s/ David O. Carter_
**UNITED STATES DISTRICT JUDGE**